HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
BIRRANDA BROCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:14-CR-00249-AC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | DATE: October 20, 2014 |
| BIRRANDA BROCK, ) | TIME: 2 p.m. |
| ) | JUDGE: Allison Claire |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBYN N. PULLIO, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, attorney for defendant BIRRANDA BROCK that the Court vacate the status conference date of October 20, 2014, and set a new status conference date on November 24, 2014 at 2:00 p.m.

The continuance is being requested to allow the defense to acquire medical records, to allow both parties to review those records, and to allow time for discussions in efforts to find a resolution to this case.

Speedy trial time is to be excluded from the date of this stipulation through the date of the status conference proposed for November 24, 2014 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

///

*U.S. v. Brock*
Stipulation and Order

-1-

Dated: October 15, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda Harter*
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
BIRRANDA BROCK

Dated: October 16, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/Robyn N. Pullio*
ROBYN N. PULLIO
Special Assistant United States Attorney
Attorney for Plaintiff

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 20, 2014 status conference be continued to November 24, 2014, at 2 p.m.

**IT IS SO ORDERED.**

DATED: October 16, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE