HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
BIRRANDA BROCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:14-CR-00249-AC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: November 24, 2014 |
| BIRRANDA BROCK, | TIME: 2 p.m. |
| | JUDGE: Allison Claire |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBYN N. PULLIO, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, attorney for defendant BIRRANDA BROCK that the Court vacate the status conference date of November 24, 2014, and set a new status conference date on January 5, 2015 at 9 a.m.

The continuance is being requested to allow the prosecution to review medical records, and to allow time for discussions in efforts to find a resolution to this case.

/ / /

*U.S. v. Brock*
Stipulation and Order

-1-

Speedy trial time is to be excluded from the date of this stipulation through the date of the status conference proposed for January 5, 2015 pursuant to 18 U.S.C. § 3161 (j)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: November 14, 2014                    Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            /s/ Rachelle Barbour
                                            For LINDA HARTER
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            BIRRANDA BROCK

Dated: November 14, 2014                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/Robyn N. Pullio
                                            ROBYN N. PULLIO
                                            Special Assistant United States Attorney
                                            Attorney for Plaintiff

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 24, 2014 status conference be continued to January 5, 2015, at 9 a.m.  The Court orders that the time from the date of the parties stipulation, November 14, 2014, up to and including January 5, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4).

**IT IS SO ORDERED.**

DATED: November 18, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE